FILED
NOVEMBER 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**07 C 6577**

| | |
|---|---|
| **FIRST CONSULTING GROUP, INC. and FCG CSI, INC.,** | |
| Plaintiffs, | Case No. |
| v. | Judge **JUDGE ZAGEL** <br> Magistrate Judge **MAGISTRATE JUDGE KEYS** |
| **IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH, and MELANIE SWENSON,** | Jury Trial Demanded |
| Defendants. | |

### NOTIFICATION AS TO AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiffs make the following disclosure:

Bear Stearns Asset Management, Inc., which is, upon information and belief, an indirect subsidiary of The Bear Stearns Companies Inc., a publicly held corporation, is an affiliate of Plaintiff First Consulting Group, Inc.

Dated: November 20, 2007

Respectfully submitted,
Plaintiffs First Consulting Group, Inc. and
FCG CSI, Inc.

By: \_\_\_\_\_/s/ Timothy B. Hardwicke\_\_\_\_\_
Timothy B. Hardwicke (#6201352)
Hudson T. Hollister (#6286422)
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606

CH\555982.1

(312) 876-7700

CH\555982.1