AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

First Consulting Group, Inc.
FCG CSI, Inc.

CASE NUMBER: 07 C 6577

V.

ASSIGNED JUDGE: James B. Zagel

Impact Advisors LLC
Andrew Smith
Peter Smith
Melanie Swenson

DESIGNATED
MAGISTRATE JUDGE: Arlander Keys

TO: (Name and address of Defendant)

Peter Smith, a

Laurie Holmes
Drinker Biddle Gardner Carton
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy B. Hardwicke
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 2 8 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE November 28, 2007 |
| NAME OF SERVER *(PRINT)*  Kimberly J. Plank | TITLE Docket Specialist |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Summons and Complaint to Peter Smith served on November 28, 2007 at 10:02 a.m. on Chris Othic, Administrative Assistant for Laurie Holmes of Drinker, Biddle, Gardner, Carton, attorney for defendant at 191 North Wacker Drive, Suite 3700, Chicago, Illinois 60606.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/28/2007
             *Date*

*Signature of Server*  /s/ Kimberly J. Plank

233 South Wacker Drive, Chicago, Illinois
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.