U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: **07 C 6577** |
|---|---|

FIRST CONSULTING GROUP, INC. and FCG CSI, INC.,
Plaintiffs,
v.
IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH and MELANIE SWENSON, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH and MELANIE SWENSON

| NAME (Type or print) |
|---|
| Alan S. King |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Alan S. King |

| FIRM |
|---|
| Drinker Biddle Gardner Carton |

| STREET ADDRESS |
|---|
| 191 North Wacker Drive, Suite 3700 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606-1698 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6198223 | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐