IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST CONSULTING GROUP, INC. and FCG CSI, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH and MELANIE SWENSON, <br><br> Defendants. | ) ) ) ) ) ) No. 07 C 6577 ) ) Judge James B. Zagel ) ) ) ) ) ) ) |

## NOTICE OF FILING

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on this 18th day of December 2007, we filed with the Clerk of the United States District Court for the Northern District of Illinois, **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

**IMPACT ADIVSORS, LLC
ANDREW SMITH
PETER SMITH
MELANIE SWENSON**

By: s/ Laurie A. Holmes
    One of Their Attorneys
Laurie A. Holmes, Esq. (ARDC #6282262)
DRINKER BIDDLE GARDNER CARTON
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone:  (312) 569-1000
Fax:  (312) 569-3000
E-mail:  laurie.holmes@dbr.com

CH01/ 12525585.1