## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on December 18, 2007, she caused a copy of the foregoing **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT,** to be served by electronically filing it with the Clerk of the Court, which will send notification of such filing to the following:

    Timothy B. Hardwicke
    Hudson T. Hollister
    Latham & Watkins LLP
    Sears Tower, Suite 5800
    233 South Wacker Drive
    Chicago, IL  60606
    timothy.hardwicke@lw.com
    hudson.hollister@lw.com

    By:  **s/ Laurie A. Holmes**
    Laurie A. Holmes, Esq. (ARDC #6282262)
    DRINKER BIDDLE GARDNER CARTON
    191 North Wacker Drive, Suite 3700
    Chicago, Illinois 60606-1698
    Telephone:  (312) 569-1000
    Fax:  (312) 569-3000
    E-mail:  laurie.holmes@dbr.com