IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST CONSULTING GROUP, INC. and FCG CSI, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH and MELANIE SWENSON, <br><br> Defendants. | No. 07 C 6577 <br><br> Judge James B. Zagel |

### DEFENDANTS' LOCAL RULE 3.2 DISCLOSURE STATEMENT

Defendants, Impact Advisors, LLC, Andrew Smith, Peter Smith, and Melanie Swenson, by and through their attorneys, Drinker Biddle Gardner Carton, hereby submit their Notification of Affiliates – Disclosure Statement as follows:

Impact Advisors, LLC, is an Illinois limited liability corporation, with its principal place of business in Illinois. The members of the limited liability corporation are Andrew Smith and Peter Smith.

Respectfully submitted,

**IMPACT ADIVSORS, LLC
ANDREW SMITH
PETER SMITH
MELANIE SWENSON**

By: s/ Laurie A. Holmes
     One of Their Attorneys
Laurie A. Holmes, Esq. (ARDC #6282262)
DRINKER BIDDLE GARDNER CARTON
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone: (312) 569-1000
Fax: (312) 569-3000
E-mail: laurie.holmes@dbr.com

1