IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FIRST CONSULTING GROUP, INC.** and **FCG CSI, INC.,** <br><br> Plaintiffs, <br><br> v. <br><br> **IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH** and **MELANIE SWENSON,** <br><br> Defendants. | No. 07 C 6577 <br><br> Judge James B. Zagel |

## NOTICE OF FILING

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on this 18th day of December 2007, we filed with the Clerk of the United States District Court for the Northern District of Illinois, **DEFENDANTS' LOCAL RULE 3.2 DISCLOSURE STATEMENT,** a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

**IMPACT ADIVSORS, LLC**
**ANDREW SMITH**
**PETER SMITH**
**MELANIE SWENSON**

By:  s/ Laurie A. Holmes
      One of Their Attorneys
Laurie A. Holmes, Esq. (ARDC #6282262)
DRINKER BIDDLE GARDNER CARTON
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone:  (312) 569-1000
Fax:  (312) 569-3000
E-mail:  laurie.holmes@dbr.com