## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 18, 2007, she caused a copy of the foregoing **DEFENDANTS' LOCAL RULE 3.2 DISCLOSURE STATEMENT,** to be served by electronically filing it with the Clerk of the Court, which will send notification of such filing to the following:

>Timothy B. Hardwicke
>Hudson T. Hollister
>Latham & Watkins LLP
>Sears Tower, Suite 5800
>233 South Wacker Drive
>Chicago, IL  60606
>timothy.hardwicke@lw.com
>hudson.hollister@lw.com

>By:  s**/ Laurie A. Holmes**
>Laurie A. Holmes, Esq. (ARDC #6282262)
>DRINKER BIDDLE GARDNER CARTON
>191 North Wacker Drive, Suite 3700
>Chicago, Illinois 60606-1698
>Telephone:  (312) 569-1000
>Fax:  (312) 569-3000
>E-mail:  laurie.holmes@dbr.com