# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST CONSULTING GROUP, INC. and FCG CSI, INC., ) ) ) **Plaintiffs,** ) ) v. ) ) IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH, and MELANIE SWENSON, ) ) ) ) **Defendants.** ) ) | No. 07 C6577 Judge Zagel Magistrate Judge Keys Jury Trial Demanded |

**NOTIFICATION AS TO AFFILIATES – SUPPLEMENT TO DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiffs make the following supplemental disclosure:

On January 11, 2008, Computer Sciences Corporation ("CSC"), a publicly held corporation, purchased all of the outstanding common stock of Plaintiff First Consulting Group, Inc., which then became a wholly-owned subsidiary of CSC. Plaintiff FCG CSI, Inc. remains a wholly-owned subsidiary of Plaintiff First Consulting Group, Inc.

Dated: January 24, 2008

/s/ Timothy B. Hardwicke
One of the Attorneys for Plaintiffs
First Consulting Group, Inc. and FCG CSI, Inc.

Timothy B. Hardwicke (#6201352)

Hudson T. Hollister (#6286422)
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-7700

**CERTIFICATE OF SERVICE**

I, Timothy B. Hardwicke, an attorney, hereby certify that on January 24, 2008, I electronically filed this NOTIFICATION AS TO AFFILIATES – SUPPLEMENT TO DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Laurie A. Holmes       lholmes@gcd.com

Alan Sterling King     aking@gcd.com

      /s/ Timothy B. Hardwicke
One of the Attorneys for Plaintiffs
First Consulting Group, Inc. and FCG CSI, Inc.

Timothy B. Hardwicke (#6201352)
Hudson T. Hollister (#6286422)
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-7700