**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **FIRST CONSULTING GROUP, INC.** and **FCG CSI, INC.,** ) ) ) **Plaintiffs,** ) ) v. ) ) **IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH,** and **MELANIE SWENSON** ) ) ) ) ) **Defendants.** ) | No. 07-C-6577 Hon. James. B. Zagel |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs First Consulting Group, Inc. and FCG CSI, Inc. (collectively "FCG"), and Defendants Impact Advisors, LLC, Andrew Smith, Peter Smith and Melanie Swenson (collectively "Defendants"), by and through their attorneys, hereby move this court to enter the Stipulated Protective Order that is attached as Exhibit A in the above-captioned action. In support of its motion, the parties state as follows:

1. The discovery sought by the parties in this matter includes confidential and proprietary business and financial information of the parties, disclosure of which would be inappropriate without a protective order to protect the parties' confidences.

2. This Stipulated Protective Order is sought in good faith and in order to facilitate the production of material sought by the parties.

3. The parties have agreed to and signed the attached Stipulated Protective Order and no party opposes this motion.

WHEREFORE, the parties respectfully request that the Court enter the Stipulated Protective Order attached hereto.

Dated:  March 31, 2008

        /s/ Timothy B. Hardwicke
One of the Attorneys for Plaintiffs
First Consulting Group, Inc. and FCG CSI, Inc.

Timothy B. Hardwicke
Hudson T. Hollister
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
tel:  (312) 876-7700
fax:  (312) 993-9767


        /s/ Laurie A. Holmes
One of the Attorneys for Defendants
Impact Advisors, LLC, Andrew Smith,
Peter Smith, and Melanie Swenson

Laurie A. Holmes, Esq.
DRINKER BIDDLE GARDNER CARTON
191 North Wacker Drive, Suite 3700
Chicago, Illinois  60606-1698
Telephone:  (312) 569-1000
Fax:  (312) 569-3000

**CERTIFICATE OF SERVICE**

      I, Hudson T. Hollister, an attorney, hereby certify that on March 31, 2008, I electronically filed this NOTICE OF MOTION and AGREED MOTION TO ENTER STIPULATED PROTECTIVE ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Laurie A. Holmes    lholmes@gcd.com

Alan Sterling King    aking@gcd.com

                                                      /s/ Hudson T. Hollister
                                                      One of the Attorneys for Plaintiffs
                                                      First Consulting Group, Inc. and FCG CSI, Inc.

                                                      Timothy B. Hardwicke (#6201352)
                                                      Hudson T. Hollister (#6286422)
                                                      LATHAM & WATKINS LLP
                                                      Sears Tower, Suite 5800
                                                      233 South Wacker Drive
                                                      Chicago, Illinois 60606
                                                      tel: (312) 876-7700
                                                      fax: (312) 993-9767

**<u>Exhibit A</u>**

Stipulated Protective Order