IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST CONSULTING GROUP, INC. and FCG CSI, INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH, and MELANIE SWENSON <br><br>　　　　Defendants. | No. 07-C-6577 <br><br>NOTICE OF MOTION TO ENTER STIPULATED PROTECTIVE ORDER <br><br>Hon. James. B. Zagel |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on April 3, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Room 2503 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, 60604, and then and there present the attached AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER, copies of which are being filed with the Clerk of Court today, March 31, 2008, and of which are hereby served on you.

Dated:  March 31, 2008

　　　　　　　　　　　　　　　　　　　　　/s/ Timothy B. Hardwicke
　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　First Consulting Group, Inc. and FCG CSI, Inc.


　　　　　　　　　　　　　　　　　　　Timothy B. Hardwicke (#6201352)
　　　　　　　　　　　　　　　　　　　Hudson T. Hollister (#6286422)
　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　Sears Tower, Suite 5800
　　　　　　　　　　　　　　　　　　　233 South Wacker Drive
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　tel: (312) 876-7700
　　　　　　　　　　　　　　　　　　　fax: (312) 993-9767

       /s/ Laurie A. Holmes
One of the Attorneys for Defendants
Impact Advisors, LLC, Andrew Smith,
Peter Smith, and Melanie Swenson

Laurie A. Holmes, Esq.
DRINKER BIDDLE GARDNER CARTON
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone: (312) 569-1000
Fax: (312) 569-3000