IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FIRST CONSULTING GROUP, INC. and FCG CSI, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07-C-6577 |
| IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH, and MELANIE SWENSON | ) ) ) ) ) | Hon. James. B. Zagel |
| Defendants. | ) ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

For the reasons set forth more fully in the accompanying Memorandum in Support, Plaintiffs First Consulting Group, Inc. and FCG CSI, Inc. (collectively, "FCG"), move the Court for leave to file an amended complaint ("Amended Complaint") pursuant to Rule 15 and Rule 21 of the Federal Rules of Civil Procedure. Because the Amended Complaint quotes and attaches documents the Defendants have marked "Confidential" in accordance with the Protective Order entered March 31, 2008, the Amended Complaint will be filed separately with the Court in accordance with the Protective Order.

Dated: March 31, 2008

       /s/ Hudson T. Hollister
One of the Attorneys for Plaintiffs
First Consulting Group, Inc. and FCG CSI, Inc.

Timothy B. Hardwicke
Hudson T. Hollister
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive

Chicago, Illinois  60606
tel:  (312) 876-7700
fax: (312) 993-9767

2

**CERTIFICATE OF SERVICE**

I, Hudson T. Hollister, an attorney, hereby certify that on March 31, 2008, I electronically filed this NOTICE OF MOTION and MOTION FOR LEAVE TO FILE AMENDED COMPLAINT and MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Laurie A. Holmes    lholmes@gcd.com

Alan Sterling King    aking@gcd.com

/s/ Hudson T. Hollister
One of the Attorneys for Plaintiffs
First Consulting Group, Inc. and FCG CSI, Inc.

Timothy B. Hardwicke (#6201352)
Hudson T. Hollister (#6286422)
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
tel: (312) 876-7700
fax: (312) 993-9767