IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FIRST CONSULTING GROUP, INC.** and **FCG CSI, INC.,** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH,** and **MELANIE SWENSON** )<br>)<br>)<br>)<br>**Defendants.** ) | No. 07-C-6577<br><br>Hon. James. B. Zagel |

## NOTICE OF MOTION

To:   Laurie A. Holmes
       Alan Sterling King
       DRINKER BIDDLE GARDNER CARTON
       191 North Wacker Drive, Suite 3700
       Chicago, Illinois  60606-1698
       lholmes@gcd.com
       aking@gcd.com

PLEASE TAKE NOTICE that on April 3, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Room 2503 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois  60604, and then and there present the MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, copies of which are being filed with the Clerk of Court today, March 31, 2008, and of which are hereby served on you.

Dated:  March 31, 2008                                  Respectfully submitted,


                                                                    /s/ Hudson T. Hollister
                                                        One of the Attorneys for Plaintiffs
                                                        First Consulting Group, Inc. and FCG CSI, Inc.

                                                        Timothy B. Hardwicke

Hudson T. Hollister
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
tel:  (312) 876-7700
fax:  (312) 993-9767