**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **FIRST CONSULTING GROUP, INC. and FCG CSI, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 07-C-6577** |
| **v.** | ) | |
| | ) | **Hon. James. B. Zagel** |
| **IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH, and MELANIE SWENSON** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Hudson T. Hollister, an attorney, hereby certify that on March 31, 2008, I sent a

copy of the proposed Amended Complaint – which today is being submitted to the Court, in a

sealed envelope as required by the Protective Order entered March 31, 2008 – to the person

listed below via Federal Express.

> Laurie A. Holmes
> DRINKER BIDDLE GARDNER CARTON
> 191 North Wacker Drive, Suite 3700
> Chicago, Illinois  60606-1698
> lholmes@gcd.com
> aking@gcd.com

Dated:  April 1, 2008                                     Respectfully submitted,


                                                          /s/ Hudson T. Hollister
                                                          One of the Attorneys for Plaintiffs
                                                          First Consulting Group, Inc. and FCG CSI, Inc.


                                                          Timothy B. Hardwicke (#6201352)
                                                          Hudson T. Hollister (#6286422)

LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
tel: (312) 876-7700
fax: (312) 993-9767