# EXHIBIT A

```
09:13AM    1              IN THE UNITED STATES DISTRICT COURT
                             NORTHERN DISTRICT OF ILLINOIS
           2                        EASTERN DIVISION

           3    FIRST CONSULTING GROUPS, INC., et al.)
                                                     )
           4                                         )   No. 07 CV 6577
                                                     )
           5           Plaintiff s,                  )
                                                     )
           6    vs.                                  )   Chicago, Illinois
                                                     )
           7    FCG CSI, INC., et al.,               )   April 8, 2008
                                                     )
           8           Defendants.                   )   12:18 o'clock p.m.

           9
                                TRANSCRIPT OF PROCEEDINGS
          10              BEFORE THE HONORABLE JAMES B. ZAGEL

          11
                For the Plaintiffs:
          12           LATHAM & WATKINS, L.L.P.
                       BY: HUDSON T. HOLLISTER
          13           Timothy B. Hardwicke
                       233 South Wacker Drive
          14           Chicago, Illinois 60606

          15    For the Defendant:
                       GARDNER, CARTON & DOUGLAS, L.L.P.
          16           BY: Laurie A. Holmes
                       19 North Wacker Drive
          17           Suite 3700
                       Chicago, Illinois 60606

          18

          19

          20              Blanca I. Lara, CSR, RPR
                          219 South Dearborn Street
          21                     Room 2504
                          Chicago, Illinois 60604
12:18PM   22                 (312) 435-5895

12:18PM   23

12:18PM   24

  18PM    25
```

```
12:18PM   1            THE COURT:  07 C 6577, First Consulting Group versus
12:18PM   2   FCG CSI.
12:18PM   3            MS. HOLMES:  Hello, your Honor.
12:18PM   4            Lori Holmes on behalf of the defendants.
12:18PM   5            MR. HOLLISTER:  Good afternoon, your Honor.
12:18PM   6            Hudson Hollister and Tim Hardwicke on behalf of the
12:18PM   7   plaintiffs.
12:18PM   8            MR. HARDWICKE:  Good afternoon, your Honor.
12:18PM   9            THE COURT:  We're here because I wanted a highlighted
12:18PM  10   version of the complaint, which I have received and looked at.
12:18PM  11            MS. HOLMES:  Could I just make one comment about the
12:18PM  12   highlighted version of the complaint?
   18PM  13            THE COURT:  Yes.
12:18PM  14            MS. HOLMES:  I understood that what you wanted was
12:18PM  15   the fact that we had a red-line version showing all the stuff
12:18PM  16   they added and they changed.
12:18PM  17            THE COURT:  Right.
12:18PM  18            MS. HOLMES:  What they gave you was their version of
12:18PM  19   the substantive changes; however, that did not highlight
12:18PM  20   everything that was changed starting from the first paragraph
12:18PM  21   on.  And I have a copy of the complaint they originally filed
12:18PM  22   and you could look at it and see how different the first
12:18PM  23   paragraph is, even.
12:18PM  24            THE COURT:  The short answer is, additional
   19PM  25   defendants are fine.  I think your opponent is correct in one
```

```
12:19PM   1   respect:  there's an awful lot here for them to specifically
12:19PM   2   respond to, and some of it that is enlightening is the
12:19PM   3   context.  For example, unlike the case with many complaints, I
12:19PM   4   believe I actually understand what this case is about, which
12:19PM   5   is the advantage of fact pleading as opposed to noticed
12:19PM   6   pleading.
12:19PM   7              But your opponent does have a point about the burden
12:19PM   8   of answering this particular one.  So on the basic point of
12:20PM   9   objection, I am overruling the objection to naming new
12:20PM  10   defendants, and I'm going to give you a chance to amend this
12:20PM  11   one down to something more suitable to noticed pleading.
12:20PM  12              MR. HOLLISTER:  That's fine, your Honor.  I
    20PM  13   appreciate that.
12:20PM  14              THE COURT:  Otherwise, I see this is probably a no
12:20PM  15   harm, no foul situation because you have basically told
12:20PM  16   opposing counsel what the case is about, and that, I think, is
12:20PM  17   a benefit to everybody.
12:20PM  18              MR. HOLLISTER:  If I may, your Honor.  With the
12:20PM  19   proposed amended complaint, there's a couple of things.  It
12:20PM  20   adds a couple of new defendants, as your Honor has said.
12:20PM  21              THE COURT:  Yes.
12:20PM  22              MR. HOLLISTER:  It also adds several new claims
12:20PM  23   against existing defendants.
12:20PM  24              THE COURT:  And I don't have a problem with that, but
    20PM  25   the thing is is there's stuff here, which I'm sure you
```

| | | |
|---|---|---|
| 12:20PM | 1 | understand, is a pain in the neck for them to respond to and |
| 12:20PM | 2 | it's a fact some of which they may or may not know is true. |
| 12:20PM | 3 | It looks more like the kind of thing where you're going to |
| 12:21PM | 4 | have to do the same kind of research you do with a request for |
| 12:21PM | 5 | admission, which is a little burdensome.  So I don't think it |
| 12:21PM | 6 | would be much on you to trim this one down. |
| 12:21PM | 7 |     MR. HOLLISTER:  That's fine, your Honor. |
| 12:21PM | 8 |     THE COURT:  Otherwise, the filing is probably useful |
| 12:21PM | 9 | to the disposition of the case. |
| 12:21PM | 10 |     MR. HOLLISTER:  That's correct, your Honor.  And I |
| 12:21PM | 11 | guess, just to be clear, we're going to file a complaint that |
| 12:21PM | 12 | would contain the same counts to the same individuals. |
| 21PM | 13 |     THE COURT:  Yes, you can add the same counts. |
| 12:21PM | 14 |     MR. HOLLISTER:  That is allowed. |
| 12:21PM | 15 |     THE COURT:  That's allowed. |
| 12:21PM | 16 |     MR. HOLLISTER:  Okay.  And we'll do that within a |
| 12:21PM | 17 | week, your Honor, depending on our calendar. |
| 12:21PM | 18 |     THE COURT:  All right. |
| 12:21PM | 19 |     MR. HOLLISTER:  Your Honor also entered a scheduling |
| 12:21PM | 20 | order, we don't need to revisit that now, but that scheduling |
| 12:21PM | 21 | order was based on the agreement that was reached before these |
| 12:21PM | 22 | new facts came to light.  Counsel, as you will recall, |
| 12:21PM | 23 | requested your Honor to enter that order with the amended |
| 12:21PM | 24 | complaint in hand and your Honor did enter that order.  I |
| 21PM | 25 | would expect that if counsel wants more time, we may revisit |

| | | |
|---|---|---|
| 12:21PM | 1 | that order -- |
| 12:21PM | 2 | THE COURT:  Wait.  Wait. |
| 12:22PM | 3 | Do you care? |
| 12:22PM | 4 | MS. HOLMES:  We want this case to go on as scheduled. |
| 12:22PM | 5 | THE COURT:  That's fine; and then we don't have to |
| 12:22PM | 6 | change any of that. |
| 12:22PM | 7 | MR. HOLLISTER:  The only other question then, your |
| 12:22PM | 8 | Honor, is based on the facts we then knew, we allowed by |
| 12:22PM | 9 | agreement the parties to take twelve depositions.  Based on |
| 12:22PM | 10 | the facts that have come to light since then that is now an |
| 12:22PM | 11 | order, we request that it be extended to allow the parties to |
| 12:22PM | 12 | have twenty depositions each. |
| 12:22PM | 13 | MS. HOLMES:  We oppose that.  You have 30(b)(6)'s |
| 12:22PM | 14 | listed which also representatives from the same hospital, we |
| 12:22PM | 15 | don't understand the difference between the two. |
| 12:22PM | 16 | THE COURT:  Okay, there's an easy solution to this. |
| 12:22PM | 17 | See how well you do with twelve, if you can tell me why you |
| 12:22PM | 18 | need more, the chances of my refusing it are close to zero. |
| 12:22PM | 19 | And I found, generally speaking, that estimates of how many |
| 12:22PM | 20 | depositions you need in advance are, more often than not, |
| 12:22PM | 21 | wrong.  Now, in many cases they're wrong in both directions; |
| 12:23PM | 22 | too few and too many. |
| 12:23PM | 23 | MR. HOLLISTER:  Your Honor, if I may.  I think we got |
| 12:23PM | 24 | fifteen between.  We got five customers we've identified, |
| 12:23PM | 25 | we've got five defendants at this point, and we've got, at |

| | | |
|---|---|---|
| 12:23PM | 1 | least by counsel's own admission, six hired employees. |
| 12:23PM | 2 | THE COURT: How many 30(b)(6)'s have you done? |
| 12:23PM | 3 | MR. HARDWICKE: Six. |
| 12:23PM | 4 | THE COURT: See how you do with them first. |
| 12:23PM | 5 | MR. HOLLISTER: If I may. I have fifteen by |
| 12:23PM | 6 | agreement at this point, Judge, by order, and I think we need |
| 12:23PM | 7 | twenty. I think my numbers -- |
| 12:23PM | 8 | THE COURT: There is a chance that you'll come in |
| 12:23PM | 9 | here with like a sheepish expression on your face and say -- |
| 12:23PM | 10 | MS. HOLMES: You need two. |
| 12:23PM | 11 | THE COURT: See what you do with twelve. Believe me |
| 12:23PM | 12 | -- |
| 12:23PM | 13 | MR. HOLLISTER: Judge, I have no interest in taking |
| 12:23PM | 14 | one more -- |
| 12:23PM | 15 | THE COURT: Believe me, I'm not going to close the |
| 12:23PM | 16 | door on you in any arbitrary way. |
| 12:23PM | 17 | MR. HOLLISTER: May I ask one other -- |
| 12:23PM | 18 | THE COURT: Go ahead. |
| 12:23PM | 19 | MR. HOLLISTER: We noticed both CIO's as well as |
| 12:24PM | 20 | 30(b)(6)'s from the customers, so we don't know who the |
| 12:24PM | 21 | customer is going to identify. If those are counted one |
| 12:24PM | 22 | deposition, as I suspect they will be, and, frankly, we |
| 12:24PM | 23 | probably will need -- |
| 12:24PM | 24 | THE COURT: I'm not particularly harsh or arbitrary |
| 12:24PM | 25 | on discovery, and I'm generally known as a soft pudge on time, |

| | | |
|---|---|---|
| 12:24PM | 1 | as well. |
| 12:24PM | 2 |     MR. HOLLISTER:  Okay, Judge.  I know those things |
| 12:24PM | 3 | about you and I appreciate it. |
| 12:24PM | 4 |     THE COURT:  Okay. |
| 12:24PM | 5 |     MS. HOLMES:  One more thing.  Is what they're |
| 12:24PM | 6 | supposed to do is take their first complaint and then add the |
| 12:24PM | 7 | defendants and then just add what they need to add? |
| 12:24PM | 8 |     THE COURT:  Your classic skeleton noticed pleading, |
| 12:24PM | 9 | but you'll have this document which I persist in believing |
| 12:24PM | 10 | will help the planning of this case. |
| 12:24PM | 11 |     MS. HOLMES:  Okay. |
| 12:24PM | 12 |     THE COURT:  So which is why I'm a big believer in |
| 24PM | 13 | fact pleading, but we're not there. |
| | 14 |     MS. HOLMES: Thank you, your Honor. |
| | 15 |     MR. HOLLISTER: Thank you, your Honor. |
| | 16 |     THE COURT:  Thanks, counsel. |
| | 17 | |
| | 18 | |
| | 19 |     *   *   *   *   *   *   *   * |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

8

1   I, BLANCA I. LARA, DO CERTIFY THAT THE FOREGOING IS A CORRECT
2         TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
3                    ABOVE-ENTITLED MATTER.
4
5
6
7
8   _____        _____
9         Blanca I. Lara                         Date
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25