IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST CONSULTING GROUP, INC., *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| | ) No. 07 C 6577 |
| v. | )<br>) |
| | ) Judge James B. Zagel |
| IMPACT ADVISORS, LLC, *et al.*, | )<br>) |
| Defendants. | )<br>)<br>) |

## NOTICE OF MOTION

TO:   All Counsel of Record

      PLEASE TAKE NOTICE that on Tuesday, April 15, 2008 at 10:15 a.m., the undersigned shall appear before the Honorable James B. Zagel, in Courtroom 2503 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and shall then and there present the DEFENDANTS' MOTION TO STRIKE AMENDED COMPLAINT, a copy of which is hereby served upon you.

      Respectfully Submitted,

      Impact Advisors, LLC, Andrew Smith, Peter Smith and Melanie Swenson

      s/Laurie A. Holmes
      Laurie A. Holmes, Esq. (ARDC #6282262)
      Erik K. Eisenmann (ARDC #6292766)
      Drinker Biddle & Reath LLP
      191 N. Wacker Drive, Suite 3700
      Chicago, Illinois 60606
      Attorney for Defendants