AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FIRST CONSULTING GROUP, INC. and
FCG CSI, INC.,

CASE NUMBER: 07 C 6577

V.

ASSIGNED JUDGE: James B. Zagel

IMPACT ADVISORS, LLC, ANDREW SMITH,
PETER SMITH, MELANIE SWENSON,
PAULA ELLIOTT, and STEPHEN EGLI,

DESIGNATED
MAGISTRATE JUDGE: Arlander Keys

TO: (Name and address of Defendant)

Stephen Egli
c/o Laurie Holmes
Drinker Biddle Gardner Carton
Suite 3700
191 N. Wacker Drive
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy B. Hardwicke
Hudson T. Hollister
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 1 5 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | April 15, 2008 |
| NAME OF SERVER (PRINT)<br>Verlean Towns | TITLE<br>Docket Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Stephen Egli by hand delivering a copy of the summons and amended complaint on Chris Otich, who is authorized to accept service on behalf of Laurie Holmes, authorized to accept service on behalf of Stephen Egli

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 15, 2008         *[signature]*
              Date                    Signature of Server

              233 South Wacker Drive, Ste 5800 Chgo., IL 60606
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure