UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

First Consulting Group, Inc., et al.
                    Plaintiff,

v.                                      Case No.: 1:07–cv–06577
                                                    Honorable James B. Zagel

Impact Advisors, LLC, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable James B. Zagel: The minute order of 4/15/2008, document #31, is amended to reflect: MOTION by Defendants Peter Smith, Melanie Swenson, Impact Advisors, LLC, Andrew Smith to strike [28] amended complaint [27] is denied. Motion hearing held on 4/15/2008 regarding motion to strike [28] amended complaint. Defendants to answer complaint by 5/6/2008. Status hearing set for 6/17/2008 at 10:00 a.m.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.