U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: **07 C 6577** |
|---|---|

**FIRST CONSULTING GROUP, INC. and FCG CSI, INC.,**
Plaintiffs,
v.
**IMPACT ADVISORS, LLC, et al.,**
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Stephen Egli and Paula Elliott

| NAME (Type or print) |
|---|
| Alan S. King |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Alan S. King |

| FIRM |
|---|
| Drinker Biddle & Reath LLP |

| STREET ADDRESS |
|---|
| 191 North Wacker Drive, Suite 3700 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606-1698 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6198223 | (312) 569-1000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐