IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST CONSULTING GROUP, INC. and FCG CSI, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH, MELANIE SWENSON, PAULA ELLIOTT, and STEPHEN EGLI, <br><br> Defendants. | No. 07-C-6577 <br><br> Hon. James. B. Zagel |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

IT IS HEREBY STIPULATED AND AGREED, pursuant to a settlement agreement by and between the parties hereto, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and with the approval of the Court that the above-captioned action be, and the same hereby is, dismissed with prejudice and without costs to any party. Each party shall bear its own respective attorneys' fees. The Court will retain jurisdiction over the enforcement of the settlement agreement.

Dated this 19th day of May, 2008.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS FIRST CONSULTING GROUP, INC. and FCG CSI, INC. | ATTORNEYS FOR DEFENDANTS IMPACT ADVISORS, LLC, ANDREW SMITH, PETER SMITH, MELANIE SWENSON, PAULA ELLIOTT, and STEPHEN EGLI |
| /s/ Timothy B. Hardwicke <br> Timothy B. Hardwicke <br> Hudson T. Hollister <br> LATHAM & WATKINS LLP | /s/ Laurie A. Holmes <br> Laurie A. Holmes, Esq. <br> Alan Sterling King <br> DRINKER BIDDLE GARDNER CARTON |

| | |
|---|---|
| Sears Tower, Suite 5800 | 191 North Wacker Drive, Suite 3700 |
| 233 South Wacker Drive | Chicago, Illinois  60606-1698 |
| Chicago, Illinois  60606 | Telephone:  (312) 569-1000 |
| Telephone:  (312) 876-7700 | Facsimile:  (312) 569-3000 |
| Facsimile:  (312) 993-9767 | |

_____
Date

_____
Hon. James B. Zagel