# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

First Consulting Group, Inc., et al.
                                        Plaintiff,

v.                                      Case No.: 1:07−cv−06577
                                        Honorable James B. Zagel

Impact Advisors, LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

   MINUTE entry before the Honorable James B. Zagel:Case is dismissed with prejudice and without costs pursuant to FRCvP 41(a)(1)(ii). The Court shall retain jurisdiction over the enforcement of the settlement agreement. Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.